UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA COLEMAN, | No. 2:26-cv-00424 AC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This social security matter is referred to the undersigned pursuant to E.D. Cal. 302(c)(15) and Appx. A(j)(1). On November 15, 2024, the parties were served with a Consent or Decline form, which they were directed to file by February 18, 2025. ECF No. 3. Fewer than all parties filed the form indicating whether they consent to Magistrate Judge jurisdiction.

The court informs the parties that consenting to Magistrate Judge jurisdiction is not required but is the general practice for social security cases in the Eastern District of California. In this district, Magistrate Judges are most familiar with Social Security cases and the applicable law. Consent to Magistrate Judge jurisdiction enables the Magistrate Judge to rule directly on the case, which prevents delay. If either party chooses to decline Magistrate Judge jurisdiction, this case will be assigned to a District Judge. In that case, the matter will likely be referred to the Magistrate Judge for preparation of findings and recommendations, which will then be sent to the

district judge for a final order after a period of time for objections from either party. That process takes more time.

The Clerk of Court is hereby directed to serve this order and a second copy of the Consent or Decline form upon the parties.

Any party that has not already submitted a Consent or Decline form must do so within 30 days of this order. If all parties do not submit the required form by the deadline, a District Judge will be assigned to this case.

IT IS SO ORDERED.

DATED: June 11, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2